FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA STAPLETON,<br><br>    Plaintiff,<br><br>v.<br><br>THE ANTHEM COMPANIES, INC.,<br><br>    Defendant. | NO. 2:17-cv-00385-SAB<br><br>**ORDER DISMISSING ACTION** |

     Before the Court is Plaintiff's Motion to Dismiss, ECF No. 21. The motion was heard without oral argument. Plaintiff asks the Court to dismiss this action with prejudice and without costs or fees.

     Accordingly, **IT IS ORDERED**:

     1.    Plaintiff's Motion to Dismiss, ECF No. 21, is **GRANTED**.

     2.    The above-captioned case is **dismissed** with prejudice and without costs or fees to either party.

     **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and close the file.

     **DATED** this 8th day of August 2018.

*/s/ Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING ACTION ~ 1**